IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RHONDA FOSTER,

    Plaintiff,

v.                                                                                                                C.A. NO.: 1:10-CV-00161-LY

SYSTEMS & PROCESSES ENGINEERING
CORPORATION and RANDOLPH E. NOSTER,

    Defendants.
_____/

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

       COME NOW Plaintiff, RHONDA FOSTER, and Defendants, SYSTEMS & PROCESSES ENGINEERING CORPORATION and RANDOLPH E. NOSTER, in the above-styled and number cause and pursuant to the Scheduling Order issued in this matter and Rule CV-88 of the Local Rules of the United States District Court for the Western District of Texas, file this Report on Alternative Dispute Resolution and would respectfully show unto the Court as follows:

I.

       The Parties are in the process of exchanging information. They have not engaged in significant settlement discussions and do not anticipate the prompt settlement of this case.

II.

       Charles L. Scalise is responsible for settlement negotiations for Plaintiff, and

       Dean J. Fisher is responsible for settlement negotiations for Defendants.

III.

The parties agree that mediation may be appropriate after discovery is substantially completed.

IV.

The parties certify that the Plaintiff and Defendants have been notified of the Alternative Dispute Resolution procedures available in the United States District Court for the Western District of Texas.

Respectfully submitted,

| | |
|---|---|
| */s/Charles L. Scalise*_____ | */s/ Dean J. Fisher*_____ |
| Charles L. Scalise | Dean J. Fisher |
| Ross Law Firm PC | 6800 Burleson Road, Bldg. 320 |
| 1104 San Antonio Street | Austin, Texas 78744 |
| Austin, TX 78701 | (512) 691-8180 telephone |
| (512) 474-7677 telephone | (512) 494-0756 facsimile |
| (512) 474-5306 facsimile | Attorney for Defendants |
| Attorney for Plaintiff | |